862 A.2d 582

**Renee SNIZASKI, Widow of Randy Snizaski, Deceased, Petitioner**

v.

**WORKERS' COMPENSATION APPEAL BOARD (ROX COAL COMPANY), Respondents.**

Supreme Court of Pennsylvania.

Nov. 12, 2004.

### *ORDER*

PER CURIAM.

AND NOW, this 12th day of November 2004, the Petition for Allowance of Appeal is granted limited to the following issue:

Whether it is an error of law and/or an abuse of discretion for a WCJ to award penalties against an employer who fails to pay benefits within 30 days pursuant to Section 428 of the Act, 77 P.S. § 921, in reliance upon a timely filed supersedeas request pursuant to 34 Pa.Code §§ 111.22–111.24.